AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pappert, Gerald J. | U.S. Court, Eastern District of Pennsylvania | 12/12/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Marza, L.P. |
| 2. | Trustee | Trust No 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pennsylvania STate Empkoyee's Retirment System Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Pennsylvania State Retirment Benefits | $8,451.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WAUWATOSA WIS GO PROM NTS SER | B | Interest | M | T | | | | | |
| 2. APPLE INC NOTE CALL MAKE WHOLE | | | K | T | Buy | 02/28/17 | K | | |
| 3. | A | Interest | J | | | | | | |
| 4. BOONE CNTY KY SCH DIST FIN CORP SCH | C | Interest | M | T | | | | | |
| 5. BUFFALO N Y REF BDS SER | A | Interest | K | T | Redeemed | 11/15/17 | K | | |
| 6. CENTRAL GREENE PA SCH DIST GO BDS | B | Interest | M | T | | | | | |
| 7. DISCOVER BK GREENWOOD DEL | A | Interest | K | T | | | | | |
| 8. GLAXOSMITHKLINE CAP PLC | A | Interest | K | T | Redeemed | 05/08/17 | K | | |
| 9. GOLDMAN SACHS BK USA NY CD | A | Interest | K | T | | | | | |
| 10. GREATER JOHNSTOWN PA SCH DIST GI NTS | B | Interest | M | T | Redeemed | 08/01/17 | M | | |
| 11. GREENFIELD MASS GO MUNI PURP LN SER | B | Interest | M | T | | | | | |
| 12. INTERNATIONAL BUSINESS MACHS NOTE | A | Interest | J | T | Redeemed | 02/06/17 | K | | |
| 13. JACKSON CNTY MO REORG SCH DIST NO 01 | B | Interest | M | T | | | | | |
| 14. MERCK & CO INC | A | Interest | K | T | | | | | |
| 15. MORRIS PLAINS N J SCH DIST | B | Interest | M | T | | | | | |
| 16. MORRIS TWP N J GO BDS | B | Interest | M | T | | | | | |
| 17. MOUNT LEBANON PA GO BDS SER | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ORACLE CORP BOND CALL MAKE WHOLE | | | K | T | Buy | 05/17/17 | K | | |
| 19. | A | Interest | J | | | | | | |
| 20. PARK CITY KANS GO REF BDS SER | B | Interest | M | T | | | | | |
| 21. PFIZER INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 22. PHELPS-CLIFTON SPRINGS N Y CENT SCH | C | Interest | M | T | | | | | |
| 23. PIKE CNTY KY SCH DIST FIN CORP SCH | C | Interest | M | T | | | | | |
| 24. RINGWOOD N J BRD ED SCH BDS SER | B | Interest | J | T | Redeemed | 09/01/17 | L | | |
| 25. ROMEO MICH CMNTY SCH DIST GO ULTD TAC SCH | B | Interest | M | T | | | | | |
| 26. SWATARA TWP PA GO BDS SER | B | Interest | M | T | | | | | |
| 27. TOYOTA FINL SVGS BK HEND NV | A | Interest | K | T | | | | | |
| 28. UNIVERSITY NORTHN IOWA UNIV REVS DORM | A | Interest | K | T | | | | | |
| 29. WENTZVILLE R-IV DIST MO LEASE | C | Interest | M | T | Buy | 03/22/17 | M | | |
| 30. AMERICAN EUROPACIFIC GROWTH CLASS F1 | A | Dividend | J | T | Buy (add'l) | 09/25/17 | J | | |
| 31. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 32. | | | | | Buy | 05/03/17 | J | | |
| 33. AMERICAN EUROPACIFIC GROWTH CLASS F2 | E | Dividend | N | T | | | | | |
| 34. ISHARES CORE U.S. AGGREGATE BOND EFT | A | Dividend | J | T | Buy (add'l) | 04/06/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/13/17 | J | A | |
| 36. | | | | | Sold (part) | 04/06/17 | J | A | |
| 37. | | | | | Sold (part) | 02/28/17 | J | A | |
| 38. | | | | | Sold (part) | 01/12/17 | J | A | |
| 39. CALAMOS MARKET NEUTRAL INCOME CL I | D | Dividend | N | T | Buy (add'l) | 11/15/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/06/17 | J | | |
| 41. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 42. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 43. CALAMOS MARKET NEUTRAL INCOME CL A | A | Dividend | K | T | Buy (add'l) | 06/20/17 | J | | |
| 44. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 45. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 46. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 47. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 48. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 49. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 50. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 51. | | | | | Buy (add'l) | 01/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES EDGE MSCI MIN VOL EMERGING MARKETS EFT | | None | N | T | Sold (part) | 01/12/17 | J | E | |
| 53. WELLS FARGO PREMIER LARGE CO GRWTH INSTL | | None | J | T | Sold (part) | 01/10/17 | K | E | |
| 54. | | | | | Sold (part) | 01/04/17 | J | D | |
| 55. ISHARES TR JP MOR EM MK EFT | D | Dividend | N | T | Sold (part) | 10/13/17 | J | A | |
| 56. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 57. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 58. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 59. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 60. | | | | | Buy (add'l) | 09/07/17 | L | | |
| 61. | | | | | Buy (add'l) | 08/31/17 | K | | |
| 62. | | | | | Buy (add'l) | 08/04/17 | L | | |
| 63. | | | | | Buy (add'l) | 07/13/17 | L | | |
| 64. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 65. FIDLEITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 66. FIDELITY TOTAL BOND | A | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 67. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 68. | | | | | Buy (add'l) | 05/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 70. | | | | | Buy (add'l) | 04/17/17 | K | | |
| 71. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 72. | | | | | Buy (add'l) | 09/01/17 | K | | |
| 73. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 74. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 75. | | | | | Sold (part) | 12/06/17 | J | | |
| 76. | | | | | Sold (part) | 08/29/17 | L | | |
| 77. FIDELITY 500 INDEX PREMIUM CLASS | A | Dividend | L | T | | | | | |
| 78. FIDELITY TREASURY MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 79. GATEWAY FUND CLASS A | A | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 80. | | | | | Buy (add'l) | 01/05/17 | J | | |
| 81. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 82. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 83. | | | | | Buy (add'l) | 05/06/17 | J | | |
| 84. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 85. GATEWAY FUND CLASS Y | A | Dividend | M | T | Buy (add'l) | 03/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 87. | | | | | Buy (add'l) | 01/06/17 | K | | |
| 88. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 89. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 90. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 91. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 92. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 94. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 95. | | | | | Buy (add'l) | 05/12/17 | M | | |
| 96. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 97. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 98. | | | | | Buy (add'l) | 01/12/17 | K | | |
| 99. | D | Dividend | | | | | | | |
| 100. ISHARE INC CORE MSCI EMERGING MKTS ETF | | | O | T | Buy (add'l) | 05/05/17 | J | | |
| 101. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 102. | | | | | Buy (add'l) | 05/05/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/08/17 | K | | |
| 104. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 105. | | | | | Buy (add'l) | 02/06/17 | K | | |
| 106. | | | | | Buy (add'l) | 01/12/17 | L | | |
| 107. | D | Dividend | | | | | | | |
| 108. | | | | | Sold (part) | 12/26/17 | J | A | |
| 109.  ISHARES CORE S&P MID-CAP EFT | D | Dividend | O | T | | 09/29/17 | | | |
| 110. | | | | | Sold (part) | 03/14/17 | J | D | |
| 111.  ISHARES CORE S&P SMALL-CAP ETF | B | Dividend | M | T | | | | | |
| 112. | | | | | Sold (part) | 10/20/17 | J | A | |
| 113. | | | | | Sold (part) | 09/21/17 | J | A | |
| 114.  ISHARES S&P SMALLCAPP 600 VALUE ETF | A | Dividend | M | T | | | | | |
| 115. | | | | | Sold (part) | 05/12/17 | J | A | |
| 116. | | | | | Sold (part) | 04/13/17 | J | A | |
| 117. | | | | | Sold (part) | 05/12/17 | M | E | |
| 118. | | | | | Sold (part) | 04/12/17 | J | A | |
| 119. | | | | | Sold (part) | 03/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/17/17 | J | A | |
| 121. ISHARES CORE S&P 500 ETF | E | Dividend | P1 | T | | | | | |
| 122. | | | | | Sold (part) | 09/26/17 | J | B | |
| 123. | | | | | Sold (part) | 06/22/17 | J | A | |
| 124. | | | | | Sold (part) | 10/27/17 | J | A | |
| 125. | | | | | Sold (part) | 09/20/17 | J | A | |
| 126. | | | | | Sold (part) | 05/18/17 | K | D | |
| 127. | | | | | Sold (part) | 03/09/17 | J | B | |
| 128. ISHARES RUSSELL 2000 ETF | C | Dividend | N | T | | | | | |
| 129. ISHARES TR CORE MSCI TOTAL | C | Dividend | N | T | | | | | |
| 130. ISHARES US TECHNOLOGY ETF | A | Dividend | L | T | | | | | |
| 131. MERGER FUND | A | Dividend | J | T | Buy (add'l) | 06/20/17 | J | | |
| 132. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 133. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 134. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 135. | | | | | Buy (add'l) | 01/10/17 | K | | |
| 136. | | | | | Buy (add'l) | 01/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 05/23/17 | K | A | |
| 138. THE MERGER FUND CL I | A | Dividend | J | T | Buy (add'l) | 03/06/17 | K | | |
| 139. | | | | | Sold (part) | 05/23/17 | M | B | |
| 140. INDEXIQ ETF IQ ARB MERGER ARBITRAGE ETF | | None | N | T | Buy (add'l) | 05/26/17 | K | | |
| 141. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 142. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 143. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 144. | | | | | Buy (add'l) | 05/26/17 | M | | |
| 145. PIMCO COMMODITY REAL RETURNS INST | D | Dividend | L | T | Buy (add'l) | 01/10/17 | K | | |
| 146. | | | | | Buy (add'l) | 01/06/17 | K | | |
| 147. | | | | | Sold (part) | 08/09/17 | J | A | |
| 148. | | | | | Sold (part) | 06/21/17 | K | A | |
| 149. | | | | | Sold (part) | 05/01/17 | K | A | |
| 150. PIMCO COMMODITY REAL RET STRAT ADMIN CL | A | Dividend | L | T | | | | | |
| 151. | | | | | Sold (part) | 08/10/17 | J | A | |
| 152. | | | | | Sold (part) | 05/02/17 | J | A | |
| 153. | | | | | Sold (part) | 08/10/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/02/17 | J | A | |
| 155. ISHARES TIPS BOND ETF | C | Dividend | K | T | Buy (add'l) | 04/06/17 | J | | |
| 156. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 157. | | | | | Sold (part) | 07/13/17 | J | A | |
| 158. | | | | | Sold (part) | 07/13/17 | L | A | |
| 159. TORTOISE MLP & PIPELINE FD INSTL | A | Dividend | J | T | | | | | |
| 160. | | | | | Sold (part) | 09/14/17 | J | A | |
| 161. | | | | | Sold (part) | 07/26/17 | J | C | |
| 162. | | | | | Sold (part) | 06/22/17 | J | A | |
| 163. | | | | | Sold (part) | 05/02/17 | J | A | |
| 164. TORTOISE MLP & PIPELINE FD INVESTOR | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 165. | | | | | Sold (part) | 05/02/17 | J | C | |
| 166. | | | | | Sold (part) | 10/10/17 | J | C | |
| 167. | | | | | Sold (part) | 07/26/17 | J | A | |
| 168. | | | | | Sold (part) | 05/02/17 | J | A | |
| 169. | | | | | Sold (part) | 03/08/17 | J | A | |
| 170. ISHARES EDGE MSCI MIN VOL USA ETF | | None | M | T | Sold (part) | 03/08/17 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 02/09/17 | K | C | |
| 172. | | | | | Sold (part) | 02/06/17 | K | A | |
| 173. VANGUARD INDEX FDS VANGUARD TOTAL STK MKT ETF | B | Dividend | M | T | | | | | |
| 174. DOW JONES WILSHIRE 5000 INDEX PORT INVT | A | Dividend | J | T | Buy (add'l) | 09/25/17 | J | | |
| 175. WELLS FARGO PREMIER LARGE CO GRWTH ADMIN | B | Dividend | J | T | | | | | |
| 176. AMERICAN WASHINGTON MUTUAL INVESTORS F2 | E | Dividend | O | T | | | | | |
| 177. | | | | | Sold (part) | 06/22/17 | K | D | |
| 178. | | | | | Sold (part) | 05/16/17 | K | E | |
| 179. | | | | | Sold (part) | 05/05/17 | J | C | |
| 180. EXXON MOBIL CORP (X) | B | Dividend | K | T | | | | | |
| 181. FLBEACH, OC, LLC | C | Interest | K | U | Open | | | | |
| 182. ALTOONA NPRE,LP | C | Distribution | L | U | Open | | | | |
| 183. PACIFIC LIFE INDEXED ACCUMULATION | E | Interest | M | W | | | | | |
| 184. - FIXED ACCOUNT | A | Interest | K | T | | | | | |
| 185. -1 YEAR INDEX FUND S&P500 | D | Interest | M | T | | | | | |
| 186. -1 YEAR INTERNATIONAL INDEX FUND EURO STOCK500 | C | Interest | L | T | | | | | |
| 187. URBAN STORAGE FUND,LP | A | None | L | U | Open | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 12/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  VILLAGE OF CANTERBURY,LP | | None | J | U | Open | | | | |
| 189.  HONEY FARMS MANAGEMENT, LLC | | None | J | U | Open | | | | |
| 190.  PACIRA PHARMACEUTICALS INC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No.1, listed in section 1 of this report, is an unfunded Trust

Line 181  FLBeach, OC, LLC was purchased on 08/01/2014 $50,000

Line 182 Altoona NPRE, LP was purchased 10/28/2015 $100,000

Line  187 Urban Storage Fund, LP was purchased 07/30/2013 $100,000
Additional Urban Storage Fund, LP was purchased on 04/04/2014 $100,000

Line 188 Village of Canterbury, LP was purchased 04/12/2012 $150,000

Line 189 Honey Farms Management, LLC was purchased on 11/04/2016 $100,000


The asset listed on line 77, Fidelity 500 Index Premium Class, was listed as Spartan US Equity Index Fund on line 194 of the 2016 Amended Report.

The asset listed on line 150, Pimco Commodity Real Ret Strat Admin CL, was listed as Pimco Commodity Real Return on line 185 of the 2016 Amended Report.

Fidelity Municipal Money Market, listed on line 17 of the 2016 Amended Report, is now called Fidelity Treasury Money Market Fund and is listed on line 78.

The ISHARES EDGE EMERGING MARKETS asset, listed on line 61 of the 2016 Amended Report, is now called ISHARES EDGE MSCI MIN VOL EMERGING MARKETS EFT and is listed on line 52.

The ISHARES INFLATION PROTECTED asset, listed on line 129 of the 2016 Amended Report, is now called ISHARES TIPS BOND ETF and is listed on line 155.

The SPARTAN US EQUITY INDEX FUND, listed on line 194 of the 2016 Amended Report, is now called the Fidelity 500 Index Premium Class Fund and is listed on line 77.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544